IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES WEST                                                                                          PLAINTIFF

v.                                                                                                  No. 1:05CV18-D-D

ALCORN COUNTY SHERIFF'S DEPARTMENT, ET AL., ET AL.          DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated October 12, 2005, was on that date duly served by mail upon the *pro se* plaintiff at his last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated October 12, 2005, is hereby approved and adopted as the opinion of the court.

2. That the Alcorn County Sheriff's Department, Jimmie Taylor, and Tommy Hopkins are **DISMISSED** from this action with prejudice.

3. That process shall issue upon defendants Strickland and Ballard.

THIS, the 21st day of November, 2005.

                                                      /s/ Glen H. Davidson
                                                      CHIEF JUDGE